STATE OF NEW JERSEY v. JAMES LEE.

September 21, 1971. Petition for certification granted. (See 114 *N. J. Super.* 216)

STATE OF NEW JERSEY v.
MARY ANTIPOROVITCH KOTSAK.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. MILBERT LEE TAYLOR.

September 21, 1971. Petition for certification denied.

HERBERT MITCHELL v. ALFRED HOFMANN, INC., *ET AL.*

September 21, 1971. Petition for certification denied.

LOUISE TERRI, *ADMX. AD PROS.* v.
PENNSYLVANIA RAILROAD COMPANY

September 21, 1971. Petition for certification denied.

WILLIAM TERASCAVAGE v. R. NEUMANN & CO., *ET AL.*

September 21, 1971. Petition for certification denied.